UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 15-16741-BKC-RAM

CASA MEDIA PARTNERS, LLC,[1]            Chapter 11 Case

      Debtor.
_____/

### *EX-PARTE* MOTION OF CHAPTER 11 DEBTOR FOR JOINT ADMINISTRATION OF CASES

Casa Media Partners, LLC ("**Debtor**" or "**CMP**"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1(B), hereby files this *Ex-Parte Motion of Chapter 11 Debtor for Joint Administration of Cases* ("**Motion**"). In further support of this Motion, the Debtor respectfully represents as follows:

### I.    Jurisdiction and Background

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2). Venue of this proceeding is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On April 14, 2015 (the "**Petition Date**"), the Debtor and its subsidiary, Casa en Denver, Inc. ("**CED**") (collectively, CED and Debtor are the "Debtors"), filed voluntary petitions for relief under United States Bankruptcy Code, 11 U.S.C. §§1101 *et seq* (the "Bankruptcy Code") commencing these Chapter 11 cases (the "Chapter 11 Cases").

---

[1] The last four digits of the Debtor's taxpayer identification number: 1830. The Debtor's address is 2600 S.W. 3rd Avenue, Suite PHB, Miami, Florida 33129.

3. CMP was incorporated in California in July 2011, and is the parent company and owner of all of the equity interests of CED.

4. CED is a Colorado corporation that was formed in the spring of 2012. CED continues to operate television stations in the greater Denver, Colorado area.

5. The Debtors have certain interrelated liabilities, management, contractual arrangements and operations, including but not limited to operating from the same corporate headquarters at 2600 S.W. 3rd Avenue, Suite PHB, Miami, FL 33129.

6. CMP was the first bankruptcy case filed and was assigned to Judge Robert A. Mark (the "**Lead Case**"). CED's case was subsequently filed under *Case No. 15-16746-BKC-RAM* and was also assigned to Judge Robert A. Mark.

## I. Relief Requested

7. Given the affiliation of the Debtors and, more significantly, the common interests of the Debtors with respect to the reorganization of the Debtors' estates, joint administration of these Chapter 11 cases shall, among other things: (i) preserve judicial resources and consistency of rulings that may impact the Debtors and creditors of the estates; and (ii) avoid duplicity of pleadings, motions and other court papers filed during the proceedings.

8. Moreover, joint administration of the Debtors' Chapter 11 cases will protect both the Debtors and creditors against any conflict of interest between the estates.

9. For these reasons, the Debtors respectfully request that the Bankruptcy Court enter an order pursuant to Bankruptcy Rule 1015 for joint administration of these cases before Judge Robert A. Mark under the Lead Case.

10. A proposed Order granting this Motion is attached hereto and has been uploaded to the Court via CM/ECF.

**WHEREFORE**, the Chapter 11 Debtor, respectfully requests that the Court enter an Order (i) directing the joint administration of the Debtors' estates under the Lead Case in accordance with the Local Rules of the U.S. Bankruptcy Court for the Southern District of District of Florida; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: April 15, 2015.

Respectfully Submitted,

**TRIPP SCOTT, P.A.**
*Proposed Counsel for Casa Media Partners, LLC*
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-7500

By:   /s/ *Kristopher E. Aungst.*
KRISTOPHER E. AUNGST
*Florida Bar No. 55348*
kea@trippscott.com
MICHAEL C. FOSTER
*Florida Bar No. 42765*
mcf@trippscott.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing document is being served this day (i) via transmission of Notice of Electronic Filing generated by *CM/ECF* on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case; and (ii) prepaid, first class U.S. mail upon all parties on the attached Master Service List.

By: /s/ *Kristopher E. Aungst.*
Kristopher E. Aungst
*Florida Bar No. 55348*
kea@trippscott.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-16741-RAM<br>Southern District of Florida<br>Miami<br>Wed Apr 15 16:36:31 EDT 2015 | Casa Media Partners, LLC<br>2600 SW 3rd Avenue<br>Suite PH B<br>Miami, FL 33129-2330 | ADT Security Services<br>P.O. Box 371878<br>Pittsburgh, PA 15250-7878 |
| AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999-0797 | AL & CM Broadcasting Network, LLC<br>517 South Main St.<br>Suite 202<br>Salinas, CA 93901-3307 | ASCAP<br>One Lincoln Plaza<br>New York, NY 10023-7097 |
| AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | Abel De Luna, Sr., as Trustee of the<br>Abel De Luna Intervivos Truste<br>1200 W. Venice Blvd<br>Los Angeles, CA 90006-5518 | Adrian Chihuahua<br>27202 Dracaea Ave.<br>Moreno Valley, CA 92555-4520 |
| Alfredo Felix Espinoza<br>4167 W. Olive Ave.<br>Fresno, CA 93722-5637 | Alonso Torres<br>1725 N. Recreation<br>Fresno, CA 93703-3528 | American Tower Corporation<br>10 Presidential Way<br>Woburn, MA 01801-5118 |
| American Tower, L.P.<br>Attn: Contract Administrator<br>501 Canal Boulevard, Suite E<br>Point Richmond, CA 94804-3522 | Anthem Blue Cross<br>P.O. Box 51011<br>Los Angeles, CA 90051-5311 | B & B Rentals<br>7519 W. Kennewick Ave.<br>Kennewick, WA 99336-7745 |
| BMI<br>10 Music Square East<br>Nashville, TN 37203-4399 | BMI<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0085 | Bay Alarm Company<br>P.O. Box 7137<br>San Francisco, CA 94120-7137 |
| Benton County Treasure<br>5600 W. Canal Dr., Suite A<br>Kennewick, WA 99336-2327 | Benton P.U.D.<br>2721 W. 10th Ave<br>P.O. Box 6270<br>Kennewick, WA 99336-0270 | Benton Rural Electric Association<br>P.O. Box 1150<br>Prosser, WA 99350-0953 |
| Bertha A. Avila<br>24783 Plumtree Court<br>Moreno Valley, CA 92557-4132 | Big City Print<br>8220 Industry Ave<br>Pico Rivera, CA 90660-4828 | Broadcast Supply Worldwide<br>2237 So 19th<br>Tacoma, WA 98405-2945 |
| Broadcast Technical Services, Inc.<br>129 N. Gill Rd.<br>Exeter, CA 93221-9528 | California Broadcasters Association<br>915 L. Street, Suite 1150<br>Sacramento, CA 95814-3765 | California Sierra Tower Company<br>Horizon Tower Limited Partnership-II<br>49346 Road 462, Suite 6<br>Oakhurst, CA 93644 |
| Castech Pest Services<br>10342 Highway 41<br>Madera, CA 93636-9470 | Century Link<br>P.O. Box 2961<br>Phoenix, AZ 85062-2961 | Christopher Valenzuela<br>21845 Grand Terrace Rd, SPC #36<br>Grand Terrace, CA 92313-4444 |

| | | |
|---|---|---|
| City of Tulare<br>411 E. Kern Ave.<br>Tulare, CA 93274-4255 | Claudia Velenzuela<br>336 West Ness Ave, Ste 205<br>Fresno, CA 93711-6894 | Clear Channel Sat<br>P.O. Box 91812<br>Chicago, IL 60693-1812 |
| Colorado Department of Revenue<br>Colorado Springs Regional Service Center<br>2447 North Union Blvd.<br>Colorado Springs, CO 80909-1107 | Comcast<br>P.O. Box 34227<br>Seattle, WA 98124-1227 | Commerce Bank<br>500 East LeClaire Road<br>Eldridge, IA 52748 |
| Commerce Plaza<br>242 E. Airport Drive<br>San Bernardino, CA 92408-3432 | Commerce Plaza Business Group, LLC<br>242 E. Airport Drive<br>San Bernardino, CA 92408-3432 | Computer-Show Corp.<br>3855 East Patrick Lane Suite 145<br>Las Vegas, NV 89120-3281 |
| County Serv. Area 40<br>157 W. 5th St., 2nd Flr<br>San Bernardino, CA 92415-0450 | Crystal Ramirez<br>413 Adam Rd<br>Simi Valley, CA 93063 | Culligan Yakima<br>25 East 3rd Ave<br>Spokane, WA 99202-1492 |
| David Tillotson<br>4606 Charleston Terr. N.W.<br>Washington, DC 20007-1911 | E Street Self Storage<br>1723 South E Street<br>San Bernardino, CA 92408-2716 | Edith Magallon<br>20949 Road 52<br>Tulare, CA 93274-9657 |
| Ellie Ascencio<br>16606 Devonshire Street, Apt. 102<br>Granada Hills, CA 91344-6632 | Evelyn and Muriel Woody/<br>The Graham Family Trust<br>KMQA Woody Ranch Site<br>P.O. Box 5<br>Woody, CA 93287-0005 | FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 |
| Federal Communications Commission<br>445 12th Street, S.W.<br>Washington, DC 20554-0005 | Felipe Orozco<br>24451 Leonard Tree LN., #205<br>Santa Clarita, CA 91321-4470 | Ferrellgas<br>P.O. Box 88086<br>Chicago, IL 60680-1086 |
| Flatiron Capital<br>1700 Lincoln Street, 12th Floor<br>Denver, CO 80203-4501 | Gabriela Mendoza<br>1791 Apricot Rd.<br>Grandview, WA 98930-9625 | Guillermo Canedo Malbourg<br>316 North Maple Street, Apt 238<br>Burbank, CA 91505-4948 |
| Guillermo Ivani<br>13340 Saticoy St, Apt 20<br>North Hollywood, CA 91605-3418 | Guillermo Santiso<br>3159 Anasazi Way<br>Simi Valley, CA 93063-2067 | HD Music, LLC<br>2600 SW 3rd Ave. PH B<br>Miami, FL 33129-2343 |
| Herminia Moreno<br>360 N. West St.<br>Tulare, CA 93274-3418 | Hillview Water Co., Inc.<br>P.O. Box 2269<br>Oakhurst, CA 93644-2269 | Horizon Tower, LLC<br>117 Town & Country Drive, Suite A<br>Danville, CA 94526-3942 |

| | | |
|---|---|---|
| I Latina Entertainment, Inc.<br>6221 Agnes Ave<br>North Hollywood, CA 91606-3301 | Independent Properties, Inc.<br>2179 Rall Ave.<br>Clovis, CA 93611-4162 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JLV Pest Control<br>13113 FRANCISQUITO AVE<br>Baldwin Park, CA 91706-3707 | Jennifer Ortega<br>4454 N. Maple Ave.<br>Fresno, CA 93726-2703 | Jesus Alfaro<br>2494 West Main St., SPC 238<br>Barstow, CA 92311-3666 |
| Jesus Rosales<br>303 S 10th Street<br>Yakima, WA 98901-3188 | Johana Ocampo<br>1544 W. 79th St.<br>Los Angeles, CA 90047-2825 | Jonathan Ponzo<br>1819 Mt. Verdugo Ln<br>Perris, CA 92571-6503 |
| Jorge L. Rayo<br>523 South F St.<br>Tulare, CA 93274-5233 | Jorge Rios<br>543 North Madison Ave.<br>Apt. 40<br>Los Angeles, CA 90004-2255 | Jose A. Reygadas<br>5436 SW 187 TR<br>Miramar, FL 33029 |
| Jose Acosta Alcaraz<br>1056 South Vetter Dr.<br>Tulare, CA 93274-6373 | Jose L. Alvarado<br>3265 East Lowe Avenue<br>Fresno, CA 93702-4027 | Joshua L. Mednick<br>19844 Mariposa Creek Way<br>Porter Ranch, CA 91326-4116 |
| Juan Gonzalez<br>7755 SW 85th CT<br>Miami, FL 33143-3758 | Juan Velazquez<br>10556 Cedros Ave.<br>Mission Hills, CA 91345-2251 | KUNW Univ TV Yakima<br>Sinclair Kennewick Licensee, LLC<br>2153 NE Sandy Blvd<br>Portland, OR 97232-2819 |
| Katz Communications, Inc.<br>125 West 55th Street<br>New York, NY 10019-5369 | LaLora, Inc<br>7755 SW 85th CT<br>Miami, FL 33143-3758 | Lilia M. Nieto<br>1826 W. 19 St., p #156<br>San Bernardino, CA 92411-1139 |
| Los Angeles Department of Water & Power<br>P.O. Box 30808<br>Los Angeles, CA 90030-0808 | Luis Guerra<br>30628 Farr Rd.<br>Visalia, CA 93291-8801 | Luna Broadcasting, LLC<br>1200 Venice Blvd<br>Los Angeles, CA 90006-5518 |
| Luna Management, LLC<br>1200 Venice Blvd<br>Los Angeles, CA 90006-5518 | MC Gavren Guild Media<br>1675 Palm Beach Lakes Blvd<br>Suite 1000<br>West Palm Beach, FL 33401-2119 | Macromedia, Inc.<br>1713 Jefferson Road<br>Northfield, MN 55057-3153 |
| Manuel Garcia<br>25647 Ficus Ct.<br>Moreno Valley, CA 92557-6623 | Maria I. Velasquez<br>1704 West Olive Ave., Apt. 140<br>Porterville, CA 93257-2770 | Maria Ucros<br>1830 S. Ocean Drive<br>Hallandale, FL 33009-7696 |

| | | |
|---|---|---|
| Mario Saucedo<br>810 Jessica Way<br>San Jacinto, CA 92583-4877 | Marketron Broadcast Solution<br>62215 Collections Center Drive<br>Chicago, IL 60693-0622 | Martha Mendoza<br>300 Wilson HWY #85<br>Grandview, WA 98930-1051 |
| Matson Alarm Co., Inc.<br>8401 N. Fresno Street<br>Fresno, CA 93720-1567 | Miller Kaplan Arase, LLP<br>4123 Lankershim Boulevard<br>North Hollywood, CA 91602-2828 | Music License Committee<br>1616 Westgate Circle<br>Brentwood, TN 37027-8571 |
| Nielsen Audio, Inc.<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 | Nielsen Audio, Inc. fka Arbitron, Inc,<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 | Norberto Garcia<br>9724 Beachy Ave.<br>Arleta, CA 91331-5305 |
| Norma A. Taylor<br>P.O. Box 371<br>Mariposa, CA 95338-0371 | Norma Navarro<br>6025 Rd 176<br>Earlimart, CA 93219-9630 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Orkin<br>P.O. Box 7161<br>Pasadena, CA 91109-7161 | PG & E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | Pacific Building Maintenance<br>1961 Desert Island Dr.<br>Fresno, CA 93730-3440 |
| (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Pedro Ciriano<br>407 South 9th St.<br>Yakima, WA 98901-3035 | Powernet Global Communication<br>P.O. Box 740146<br>Cincinnati, OH 45274-0146 |
| Premiere Networks, Inc.<br>15260 Ventura Boulevard<br>Third Floor<br>Sherman Oaks, CA 91403-5307 | Prosser Tower Site, Inc.<br>P.O. Box 830<br>Prosser, WA 99350-0830 | R & B Properties<br>c/o Managex<br>7636 N. Ingram, #101<br>Fresno, CA 93711-6200 |
| RS Technology<br>419 Conrad Rd<br>Touchet, WA 99360-9824 | Regus Management Group, LLC<br>P.O. Box 842456<br>Dallas, TX 75284-2456 | Ricardo M. Villaescusa Rosas<br>7719 Maestro Ave.<br>West Hills, CA 91304-5230 |
| Rick and Janett Yribarren<br>4308 South Janes Rd<br>Tranquillity, CA 93668-9704 | Robert Hasson<br>27 Oak Tree Dr.<br>Slidell, LA 70458-5714 | Rudex Broadcasting Limited Corporation<br>12272 Sarazan Pl<br>Granada Hills, CA 91344-2635 |
| SCMS Inc.<br>10201 Rodney Blvd<br>Pineville, NC 28134-7540 | SESAC<br>55 Music Square East<br>Nashville, TN 37203-4362 | Sandoval, Rodolfo<br>10807 Orion Ave<br>Misson Hills, CA 91345-1333 |

| | | |
|---|---|---|
| Shop & Go<br>405 N. Palm Ave.<br>Fresno, CA 93701-1440 | Sierra Telephone<br>P.O. Box 219<br>Oakhurst, CA 93644-0219 | Simon Cortes<br>418 North 11th St.<br>Fresno, CA 93702-2207 |
| Southern California Edison Company<br>P.O. Box 600<br>Rosemead, CA 91772-0001 | Sparkletts<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | Sprint<br>1 Shackleford Drive<br>Little Rock, AR 72211-2859 |
| Staples Advantage Dept LA<br>P.O. BOX 83689<br>Chicago, IL 60696-3639 | State of California<br>Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | State of Florida/Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | TW Telecom<br>P.O Box 172567<br>Denver, CO 80217-2567 | The Hartford Financial<br>Services Group, Inc.<br>P.O. Box 9584561<br>Lake Mary, FL 32795 |
| The Sixth House<br>11950 Ventura Blvd<br>Suite 1<br>Studio City, CA 91604-2635 | Thomas Driggers<br>971 N. Rogers Ave.<br>Clovis, CA 93611-7002 | Time Warner Cable<br>P.O. Box 60074<br>City of Industry, CA 91716-0074 |
| Toppenish, WA 98948<br>Wyer Networks<br>4343 Whitsett Ave, #304<br>Studio City, CA 91604-1692 | U.S. Bureau of Land Management<br>San Bern 'County Service Area 40Ã¯Â¿Â½<br>2601 Barstow Road<br>Barstow, CA 92311-6653 | Univision Receivables Co, LLC<br>  P.O. Box 189<br>Teaneck, NJ 07666-0189 |
| Valley Alarm<br>P.O. Box 399<br>Sun Valley, CA 91353-0399 | Venus Development, LLC<br>Attn: Rajen Patel<br>1356 Balmoral Drive<br>Glendale, CA 91207-1149 | Verizon<br>P.O. Box 920041<br>Dallas, TX 75392-0041 |
| Victor M. Martinez<br>709 South E. St.<br>Tulare, CA 93274-5222 | Washington State Department of<br>Labor & Industry<br>P.O. Box 44000<br>Olympia, WA 98504-4000 | Waste Management<br>P.O. Box 7814<br>Baldwin Park, CA 91706-7814 |
| Wells Fargo Insurance Service USA, Inc.<br>15303 Ventura Blvd<br>7th Floor<br>Sherman Oaks, CA 91403-3197 | Werner Family LTD Partnership<br>P.O. Box 2345<br>Oakhurst, CA 93644-2345 | Xerox Corporation<br>P.O. Box 650361<br>Dallas, TX 75265-0361 |
| Kristopher Aungst Esq.<br> Tripp Scott, P.A.<br>110 SE 6th Street<br>15 Floor<br>Fort Lauderdale, FL 33301 | Michael Foster<br>Tripp Scott<br>110 S.E. Sixth Street<br>Suite 1500<br>Fort Lauderdale, FL 33301-5039 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Unit<br>7850 S.W. 6th Court<br>Plantation, FL 33324 | Pacific Power<br>P.O. Box 26000<br>Portland, OR 97256-0001 | State of Washington<br>P.O. Box 44000<br>Olympia, WA 98504 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Nielsen Audio, Inc. fka Arbitron, Inc.<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 | (u)Western Land & Cattle<br>Linda North-Spaulding<br>P.O. Box 351 |

End of Label Matrix
Mailable recipients    148
Bypassed recipients      3
Total                  151