UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Case No. 15-16741-BKC-RAM

CASA MEDIA PARTNERS, LLC,[1]                    Chapter 11 Case

        Debtor.
_____/

**DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363 AND FED. R. BANKR. P. 4001 AND 9014, FOR AN INTERIM AND FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**
**(Emergency Hearing Requested)**

**Basis for Requested Emergency Hearing**

Debtor seeks to continue to operate its business, to preserve the value of the estate, to preserve remaining jobs and to facilitate a successful reorganization. Without the immediate authorization to use cash collateral, Debtor will not be able to meet payroll obligations or acquire goods and services necessary for its day-to-day operations. Debtor believes that a hearing on this Motion is needed as soon as possible in order to continue to operate its business for this purpose.

**Bankruptcy Rule 4001(b)(1)(B) Summary[2]**

Debtor, Casa Media Partners, LLC ("Debtor" or "CMP") seeks the entry of interim and final order as proposed and attached hereto as Exhibit B and authorizing the Debtor's use of cash collateral, through and including the confirmation date of Debtor's Plan of Reorganization**:**

    (a) **Borrower:** ........................ Casa Media Partners, LLC
    (b) **Lender:**       ...................... Bank of Commerce
    (c) **Amount Owed:** ............... Bank of Commerce, a Texas state-chartered nonmember bank is allegedly owed approximately $4,229,320.11.
    (d) **Purpose:** .......................... Continued use of cash collateral to fund business operations.

---

[1] The last four digits of the Debtor's taxpayer identification number: 1830. The Debtor's address is 2600 S.W. 3rd Avenue, Suite PHB, Miami, Florida 33129.

[2] Attached hereto, as Exhibit A, is a four (4) week projected cash flow for the use of the cash collateral.

Page **1** of **8**

 (e) **Security Interest:** ............ Bank of Commerce may assert a security interest in the cash collateral.
 (f) **Adequate Protection:** ...... Bank of Commerce is fully protected by its purported secured lien on the property of CMP (defined below).

  Debtor, pursuant to 11 U.S.C. §§ 361, 362 and 363, Fed. R. Bankr. P. 4001(b) and 9014, and Local Rules 9013-1(G) and 9075-1, files this *Debtor's Emergency Motion, Pursuant to 11 U.S.C. §§ 361, 362 and 363, Fed. R. Bankr. Pr. Rules 4001(b) and 9014, and Local Rules 9013-1(G) and 9075-1 for the Entry of an Interim and Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection* (the "Motion") seeking entry of an order authorizing the use of cash, including cash collateral in which Commerce Bank may claim an interest, and the granting of adequate protection. In support of this Motion, the Debtor relies upon the *Declaration of Juan Salvador Gonzalez, Chief Financial Officer of Casa Media Partners, LLC and Casa en Denver, Inc., in Support of First Day Pleadings* (the "First Day Declaration") that is filed concurrently herewith, and states:

### I. Jurisdiction

 1. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. § 1408.

### II. Background

**a.** **The Chapter 11 Filing**

 2. On April 14, 2015 (the "Petition Date"), CMP filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. CMP continues to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Steven Schneider has been appointed as Trustee in this chapter 11 case. CMP

commenced this chapter 11 case in order to restructure its operations in an expedited and cost-effective manner.

b.     **History and Business of CMP.**

3.     CMP operates radio broadcast stations. For a detailed description of CMP, its operations, and assets and liabilities, CMP respectfully refers the Court and parties-in-interest to the First Day Declaration filed on the date hereof.

c.     **Debtor's Secured Claims**

i.     **Commerce Bank.**

4.     In 2012, CMP identified an opportunity to purchase a radio station network (consisting of ten radio licenses) then branded as the "La Maquina"© and "La Vaquera"© Radio Networks (the "Radio Stations"), which were then owned by Luna Communications, LLC and its affiliates ("Luna").

5.     The search for financing to acquire the Radio Stations was initially unsuccessful as a consequence of the ongoing financial crisis and the then-existing disinterest of investors (banks, hedge funds, etc.) in traditional media assets, as opposed to internet-based businesses. However, CMP learned in early 2013 that Luna Communications, LLC's lender, Valley Bank ("V. Bank"), was interested in pursuing a transaction by which CMP would buy the Radio Stations by essentially assuming Luna's indebtedness (which was in default) and receive additional working capital in exchange.

6.     CMP began negotiations with V. Bank and Luna with the express desire to acquire the Radio Stations, only, for approximately $3 Million. CMP recognized that this level of debt could be serviced comfortably by revenue generated by the Radio Stations and intended to add additional stations with capital investments from Mr. Cañedo. However, V. Bank quickly

retreated from the simple deal structure and, instead, took the position that a deal to acquire the Radio Stations could only occur if CMP would also agree to acquire certain television stations with licenses to broadcast in the Cheyenne, Wyoming and Denver, Colorado markets (the "Television Stations").

7. The Television Stations were the collateral for another V. Bank Loan in default; the obligors on that loan were Denver TV Licenses, LLC and Denver TV Group, LLC (the "Denver Target"). CMP understood from V. Bank that the acquisition of the Television Stations was necessary because of V. Bank's ongoing regulatory problems with the FDIC – *i.e.*, V. Bank needed to devise a strategy to make its loan to the Denver Target perform.

8. CMP agreed to acquire the Radio Stations and the Television Stations after V. Bank explained that the Television Stations could be surrendered (without default) if later found to be unprofitable. The Radio Stations and the Television Stations were ultimately acquired in a series of transactions, which closed in March of 2012 (for the Radio Stations) and in November 2012 (for the Television Stations) (collectively, the "Acquisition Transaction"). The Acquisition Transaction was documented by complicated (and, in places, overlapping) roster of notes, security agreements, guarantees and assignments. However, the pertinent financial points of the Acquisition Transaction can be summarized as follows:

    a. CMP was assigned $2.0 Million of debt then attaching to the Television Stations;

    b. Mr. Cañedo paid V. Bank $1.0 Million and agreed to a $2.5 Million personal guarantee, that was to be reduced by the amount of his investments in the Radio and Television Stations;

    c. CMP executed a $4,325,000.00 Acquisition Note (which included the $2,000,000 of debt applicable to the TV Stations) (the "Acquisition Note");

    d. CMP executed a $1,500,000 Working Capital Note (the "Working Capital Note") in favor of Valley Bank; and

> e. CMP created a separate subsidiary (CED) to acquire the TV Stations. CED then executed a $7,591,537.13 Term Note (the "Term Note") in favor of Valley Bank (which included the remaining outstanding indebtedness of the prior owners of the Television Stations).

9. CMP continued to search for the necessary expansion partners to increase the size of its radio station network to properly scale the business enterprise. CMP identified a network in the Atlanta, Georgia area that was strategically located in, and provided coverage for underserved areas in the rural South where the Target Audience lived and worked. CMP aggressively pursued that opportunity, with the assurance that V. Bank, as partner in the growing business operation, would provide the necessary funding. However, that opportunity was never realized when V. Bank was taken over by its regulators.

10. Once V. Bank was taken over, its relationship with CMP, its commitments to supporting CMP's business model, and its promises to permit CMP to retire the debt associated with the Television Stations were all wiped away.

11. Bank of Commerce, a Texas state-chartered non-member bank ("C. Bank") purchased certain non-performing commercial loan assets, including the notes signed by the Debtors, formerly held by V. Bank, from the FDIC.

12. Upon information and belief, C. Bank purchased the V. Bank non-performing commercial paper for less than one-half its outstanding balance.

13. C. Bank, despite repeated discussions with the Debtors and their representatives, has no interest in living up to any of the promises made by V. Bank as described *supra*.

14. Instead, C. Bank seeks only to sell off all of the assets of the Debtors and attempt to collect on the personal guarantees of Mr. Cañedo to maximize their short-term profits at the expense of the Debtor's operations, employees and creditors.

15. As of April 14, 2015, C. Bank will likely assert that it is owed $4,229,320.11, which CMP disputes.

### III. Requested Relief and Basis Therefore

16. Debtor seeks the entry of an interim Order (the "Interim Order") authorizing, on an emergency and limited basis, use of "Cash Collateral" (as that term is defined in Section 363(a)), to the extent such relief is necessary. In fact, the filing of this Motion does not constitute an admission by the Debtor that C. Bank holds valid liens on the Debtor's cash. Debtor reserves the right to contest the validity, priority and extent of C. Bank's liens as well as the amount of its claims.

17. An immediate and critical need exists for Debtor to be permitted to access Cash Collateral to continue to operate its business. Therefore, the Debtor seeks an emergency preliminary hearing (the "Preliminary Hearing") in accordance with Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). At the Preliminary Hearing, Debtor will seek entry of an Interim Order.

18. Debtor further seeks a final hearing (the "Final Hearing") on this Motion, to be held no less than 15 days from service of a notice of hearing on such Final Hearing, in accordance with Bankruptcy Rule 4001(b)(2) and (3).

19. The Debtor has determined that the value of C. Bank's collateral in the assets of CMP is approximately $4,251,324.99. With respect to C. Bank's collateral, C. Bank is an over-secured creditor by virtue of the assets owned by the CMP and CED in which C. Bank allegedly holds a lien.

20. Regardless of C. Bank's status as an over-secured creditor, the Debtor seeks to provide adequate protection for the use of Cash Collateral to the extent C. Bank has a security

interest thereon. Debtor proposes to grant C. Bank replacement liens on post-petition property acquired through the use of cash collateral.

21. Entry of the Interim Order will minimize disruption of Debtor's business and permit Debtor to meet payroll and other operating expenses, and maintain vendor support. The use of Cash Collateral sought herein is vital to avoid immediate and irreparable harm to Debtor's estate. Attached hereto, as <u>Exhibit A</u>, is a four (4) week projected cash flow for the use of the Cash Collateral.

22. Absent the use of the Cash Collateral, Debtor's estate would not have the necessary funds to satisfy its obligations. Allowing the use of the Cash Collateral, therefore, is in the best interests of Debtor's estate and creditors.

23. The terms of the proposed use of the Cash Collateral and adequate protection arrangements are fair and reasonable under the circumstances and reflect Debtor's exercise of prudent business judgment.

24. Debtor believes that the relief sought in this Motion is in the best interests of the Debtor, its estate and creditors, and that the entry of the Interim Order will, among other things, allow for the continued operation of the Debtor's existing business for the purposes set forth above.

**Notice of Final Hearing**

25. Upon entry of the Interim Order, the Debtors will serve, by overnight delivery, telecopy and/or electronic mail, a copy of the Interim Order on those parties identified on the Master Service List and any other entities that the Court may direct.

**WHEREFORE**, the Debtors respectfully request that the Court: (i) Grant this Motion; (ii) enter the Interim Order in the form attached hereto as Exhibit B; (iii) schedule a final hearing on this Motion; and (iv) grant such other and further relief as the Court deems just and proper.

Dated: April 17, 2015.

        Respectfully Submitted,

        **TRIPP SCOTT, P.A.**
*Proposed Counsel for Casa Media Partners, LLC*
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-7500

By:   /s/ *Kristopher E. Aungst*_____
KRISTOPHER E. AUNGST
*Florida Bar No. 55348*
kea@trippscott.com
MICHAEL C. FOSTER
*Florida Bar No. 42765*
mcf@trippscott.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing document is being served this day (i) via transmission of Notice of Electronic Filing generated by *CM/ECF* on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case; and (ii) prepaid, first class U.S. mail upon all parties on the attached Master Service List.

By:   /s/ *Kristopher E. Aungst.*
KRISTOPHER E. AUNGST
*Florida Bar No. 55348*
kea@trippscott.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-16741-RAM<br>Southern District of Florida<br>Miami<br>Fri Apr 17 10:59:56 EDT 2015 | Casa Media Partners, LLC<br>2600 SW 3rd Avenue<br>Suite PH B<br>Miami, FL 33129-2330 | Casa en Denver, Inc.<br>2600 SW 3rd Avenue<br>PH B<br>Miami, FL 33129-2343 |
| ADT Security Services<br>P.O. Box 371878<br>Pittsburgh, PA 15250-7878 | AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999-0797 | AL & CM Broadcasting Network, LLC<br>517 South Main St.<br>Suite 202<br>Salinas, CA 93901-3307 |
| ASCAP<br>One Lincoln Plaza<br>New York, NY 10023-7097 | AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | Abel De Luna, Sr., as Trustee of the<br>Abel De Luna Intervivos Truste<br>1200 W. Venice Blvd<br>Los Angeles, CA 90006-5518 |
| Adrian Chihuahua<br>27202 Dracaea Ave.<br>Moreno Valley, CA 92555-4520 | Alfredo Felix Espinoza<br>4167 W. Olive Ave.<br>Fresno, CA 93722-5637 | Alonso Torres<br>1725 N. Recreation<br>Fresno, CA 93703-3528 |
| American Tower Corporation<br>10 Presidential Way<br>Woburn, MA 01801-5118 | American Tower, L.P.<br>Attn: Contract Administrator<br>501 Canal Boulevard, Suite E<br>Point Richmond, CA 94804-3522 | Anthem Blue Cross<br>P.O. Box 51011<br>Los Angeles, CA 90051-5311 |
| B & B Rentals<br>7519 W. Kennewick Ave.<br>Kennewick, WA 99336-7745 | BMI<br>10 Music Square East<br>Nashville, TN 37203-4399 | BMI<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0085 |
| Bay Alarm Company<br>P.O. Box 7137<br>San Francisco, CA 94120-7137 | Benton County Treasure<br>5600 W. Canal Dr., Suite A<br>Kennewick, WA 99336-2327 | Benton P.U.D.<br>2721 W. 10th Ave<br>P.O. Box 6270<br>Kennewick, WA 99336-0270 |
| Benton Rural Electric Association<br>P.O. Box 1150<br>Prosser, WA 99350-0953 | Bertha A. Avila<br>24783 Plumtree Court<br>Moreno Valley, CA 92557-4132 | Big City Print<br>8220 Industry Ave<br>Pico Rivera, CA 90660-4828 |
| Broadcast Supply Worldwide<br>2237 So 19th<br>Tacoma, WA 98405-2945 | Broadcast Technical Services, Inc.<br>129 N. Gill Rd.<br>Exeter, CA 93221-9528 | California Broadcasters Association<br>915 L. Street, Suite 1150<br>Sacramento, CA 95814-3765 |
| California Sierra Tower Company<br>Horizon Tower Limited Partnership-II<br>49346 Road 462, Suite 6<br>Oakhurst, CA 93644 | Castech Pest Services<br>10342 Highway 41<br>Madera, CA 93636-9470 | Century Link<br>P.O. Box 2961<br>Phoenix, AZ 85062-2961 |

| | | |
|---|---|---|
| Christopher Valenzuela<br>21845 Grand Terrace Rd, SPC #36<br>Grand Terrace, CA 92313-4444 | City of Tulare<br>411 E. Kern Ave.<br>Tulare, CA 93274-4255 | Claudia Velenzuela<br>336 West Ness Ave, Ste 205<br>Fresno, CA 93711-6894 |
| Clear Channel Sat<br>P.O. Box 91812<br>Chicago, IL 60693-1812 | Colorado Department of Revenue<br>Colorado Springs Regional Service Center<br>2447 North Union Blvd.<br>Colorado Springs, CO 80909-1107 | Comcast<br>P.O. Box 34227<br>Seattle, WA 98124-1227 |
| Commerce Bank<br>500 East LeClaire Road<br>Eldridge, IA 52748 | Commerce Plaza<br>242 E. Airport Drive<br>San Bernardino, CA 92408-3432 | Commerce Plaza Business Group, LLC<br>242 E. Airport Drive<br>San Bernardino, CA 92408-3432 |
| Computer-Show Corp.<br>3855 East Patrick Lane Suite 145<br>Las Vegas, NV 89120-3281 | County Serv. Area 40<br>157 W. 5th St., 2nd Flr<br>San Bernardino, CA 92415-0450 | Crystal Ramirez<br>413 Adam Rd<br>Simi Valley, CA 93063 |
| Culligan Yakima<br>25 East 3rd Ave<br>Spokane, WA 99202-1492 | David Tillotson<br>4606 Charleston Terr. N.W.<br>Washington, DC 20007-1911 | E Street Self Storage<br>1723 South E Street<br>San Bernardino, CA 92408-2716 |
| Edith Magallon<br>20949 Road 52<br>Tulare, CA 93274-9657 | Ellie Ascencio<br>16606 Devonshire Street, Apt. 102<br>Granada Hills, CA 91344-6632 | Evelyn and Muriel Woody/<br>The Graham Family Trust<br>KMQA Woody Ranch Site<br>P.O. Box 5<br>Woody, CA 93287-0005 |
| FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Federal Communications Commission<br>445 12th Street, S.W.<br>Washington, DC 20554-0005 | Felipe Orozco<br>24451 Leonard Tree LN., #205<br>Santa Clarita, CA 91321-4470 |
| Ferrellgas<br>P.O. Box 88086<br>Chicago, IL 60680-1086 | Flatiron Capital<br>1700 Lincoln Street, 12th Floor<br>Denver, CO 80203-4501 | Gabriela Mendoza<br>1791 Apricot Rd.<br>Grandview, WA 98930-9625 |
| Guillermo Canedo Malbourg<br>316 North Maple Street, Apt 238<br>Burbank, CA 91505-4948 | Guillermo Ivani<br>13340 Saticoy St, Apt 20<br>North Hollywood, CA 91605-3418 | Guillermo Santiso<br>3159 Anasazi Way<br>Simi Valley, CA 93063-2067 |
| HD Music, LLC<br>2600 SW 3rd Ave. PH B<br>Miami, FL 33129-2343 | Herminia Moreno<br>360 N. West St.<br>Tulare, CA 93274-3418 | Hillview Water Co., Inc.<br>P.O. Box 2269<br>Oakhurst, CA 93644-2269 |

```
Horizon Tower, LLC                    I Latina Entertainment, Inc.          Independent Properties, Inc.
117 Town & Country Drive, Suite A     6221 Agnes Ave                         2179 Rall Ave.
Danville, CA 94526-3942               North Hollywood, CA 91606-3301         Clovis, CA 93611-4162


(p)INTERNAL REVENUE SERVICE           JLV Pest Control                       Jennifer Ortega
CENTRALIZED INSOLVENCY OPERATIONS     13113 FRANCISQUITO AVE                 4454 N. Maple Ave.
PO BOX 7346                           Baldwin Park, CA 91706-3707            Fresno, CA 93726-2703
PHILADELPHIA PA 19101-7346


Jesus Alfaro                          Jesus Rosales                          Johana Ocampo
2494 West Main St., SPC 238           303 S 10th Street                      1544 W. 79th St.
Barstow, CA 92311-3666                Yakima, WA 98901-3188                  Los Angeles, CA 90047-2825


Jonathan Ponzo                        Jorge L. Rayo                          Jorge Rios
1819 Mt. Verdugo Ln                   523 South F St.                        543 North Madison Ave.
Perris, CA 92571-6503                 Tulare, CA 93274-5233                  Apt. 40
                                                                             Los Angeles, CA 90004-2255


Jose A. Reygadas                      Jose Acosta Alcaraz                    Jose L. Alvarado
5436 SW 187 TR                        1056 South Vetter Dr.                  3265 East Lowe Avenue
Miramar, FL 33029                     Tulare, CA 93274-6373                  Fresno, CA 93702-4027


Joshua L. Mednick                     Juan Gonzalez                          Juan Velazquez
19844 Mariposa Creek Way              7755 SW 85th CT                        10556 Cedros Ave.
Porter Ranch, CA 91326-4116           Miami, FL 33143-3758                   Mission Hills, CA 91345-2251


KUNW Univ TV Yakima                   Katz Communications, Inc.              LaLora, Inc
Sinclair Kennewick Licensee, LLC      125 West 55th Street                   7755 SW 85th CT
2153 NE Sandy Blvd                    New York, NY 10019-5369                Miami, FL 33143-3758
Portland, OR 97232-2819


Lilia M. Nieto                        Los Angeles Department of Water & Power   Luis Guerra
1826 W. 19 St., p #156                P.O. Box 30808                            30628 Farr Rd.
San Bernardino, CA 92411-1139         Los Angeles, CA 90030-0808                Visalia, CA 93291-8801


Luna Broadcasting, LLC                Luna Management, LLC                   MC Gavren Guild Media
1200 Venice Blvd                      1200 Venice Blvd                       1675 Palm Beach Lakes Blvd
Los Angeles, CA 90006-5518            Los Angeles, CA 90006-5518             Suite 1000
                                                                             West Palm Beach, FL 33401-2119


Macromedia, Inc.                      Manuel Garcia                          Maria I. Velasquez
1713 Jefferson Road                   25647 Ficus Ct.                        1704 West Olive Ave., Apt. 140
Northfield, MN 55057-3153             Moreno Valley, CA 92557-6623           Porterville, CA 93257-2770
```

| | | |
|---|---|---|
| Maria Ucros<br>1830 S. Ocean Drive<br>Hallandale, FL 33009-7696 | Mario Saucedo<br>810 Jessica Way<br>San Jacinto, CA 92583-4877 | Marketron Broadcast Solution<br>62215 Collections Center Drive<br>Chicago, IL 60693-0622 |
| Martha Mendoza<br>300 Wilson HWY #85<br>Grandview, WA 98930-1051 | Matson Alarm Co., Inc.<br>8401 N. Fresno Street<br>Fresno, CA 93720-1567 | Miller Kaplan Arase, LLP<br>4123 Lankershim Boulevard<br>North Hollywood, CA 91602-2828 |
| Music License Committee<br>1616 Westgate Circle<br>Brentwood, TN 37027-8571 | Nielsen Audio, Inc.<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 | Nielsen Audio, Inc. fka Arbitron, Inc,<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 |
| Norberto Garcia<br>9724 Beachy Ave.<br>Arleta, CA 91331-5305 | Norma A. Taylor<br>P.O. Box 371<br>Mariposa, CA 95338-0371 | Norma Navarro<br>6025 Rd 176<br>Earlimart, CA 93219-9630 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Orkin<br>P.O. Box 7161<br>Pasadena, CA 91109-7161 | PG & E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 |
| Pacific Building Maintenance<br>1961 Desert Island Dr.<br>Fresno, CA 93730-3440 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Pedro Ciriano<br>407 South 9th St.<br>Yakima, WA 98901-3035 |
| Powernet Global Communication<br>P.O. Box 740146<br>Cincinnati, OH 45274-0146 | Premiere Networks, Inc.<br>15260 Ventura Boulevard<br>Third Floor<br>Sherman Oaks, CA 91403-5307 | Prosser Tower Site, Inc.<br>P.O. Box 830<br>Prosser, WA 99350-0830 |
| R & B Properties<br>c/o Managex<br>7636 N. Ingram, #101<br>Fresno, CA 93711-6200 | RS Technology<br>419 Conrad Rd<br>Touchet, WA 99360-9824 | Regus Management Group, LLC<br>P.O. Box 842456<br>Dallas, TX 75284-2456 |
| Ricardo M. Villaescusa Rosas<br>7719 Maestro Ave.<br>West Hills, CA 91304-5230 | Rick and Janett Yribarren<br>4308 South Janes Rd<br>Tranquillity, CA 93668-9704 | Robert Hasson<br>27 Oak Tree Dr.<br>Slidell, LA 70458-5714 |
| Rudex Broadcasting Limited Corporation<br>12272 Sarazan Pl<br>Granada Hills, CA 91344-2635 | SCMS Inc.<br>10201 Rodney Blvd<br>Pineville, NC 28134-7540 | SESAC<br>55 Music Square East<br>Nashville, TN 37203-4362 |

| | | |
|---|---|---|
| Sandoval, Rodolfo<br>10807 Orion Ave<br>Misson Hills, CA 91345-1333 | Shop & Go<br>405 N. Palm Ave.<br>Fresno, CA 93701-1440 | Sierra Telephone<br>P.O. Box 219<br>Oakhurst, CA 93644-0219 |
| Simon Cortes<br>418 North 11th St.<br>Fresno, CA 93702-2207 | Southern California Edison Company<br>P.O. Box 600<br>Rosemead, CA 91772-0001 | Sparkletts<br>P.O. Box 660579<br>Dallas, TX 75266-0579 |
| Sprint<br>1 Shackleford Drive<br>Little Rock, AR 72211-2859 | Staples Advantage Dept LA<br>P.O. BOX 83689<br>Chicago, IL 60696-3639 | State of California<br>Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| State of Florida/Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | TW Telecom<br>P.O Box 172567<br>Denver, CO 80217-2567 |
| The Hartford Financial<br>Services Group, Inc.<br>P.O. Box 9584561<br>Lake Mary, FL 32795 | The Sixth House<br>11950 Ventura Blvd<br>Suite 1<br>Studio City, CA 91604-2635 | Thomas Driggers<br>971 N. Rogers Ave.<br>Clovis, CA 93611-7002 |
| Time Warner Cable<br>P.O. Box 60074<br>City of Industry, CA 91716-0074 | Toppenish, WA 98948<br>Wyer Networks<br>4343 Whitsett Ave, #304<br>Studio City, CA 91604-1692 | U.S. Bureau of Land Management<br>San Bern 'County Service Area 40Ã¯Â¿Â½<br>2601 Barstow Road<br>Barstow, CA 92311-6653 |
| Univision Receivables Co, LLC<br>P.O. Box 189<br>Teaneck, NJ 07666-0189 | Valley Alarm<br>P.O. Box 399<br>Sun Valley, CA 91353-0399 | Venus Development, LLC<br>Attn: Rajen Patel<br>1356 Balmoral Drive<br>Glendale, CA 91207-1149 |
| Verizon<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Victor M. Martinez<br>709 South E. St.<br>Tulare, CA 93274-5222 | Washington State Department of<br>Labor & Industry<br>P.O. Box 44000<br>Olympia, WA 98504-4000 |
| Waste Management<br>P.O. Box 7814<br>Baldwin Park, CA 91706-7814 | Wells Fargo Insurance Service USA, Inc.<br>15303 Ventura Blvd<br>7th Floor<br>Sherman Oaks, CA 91403-3197 | Werner Family LTD Partnership<br>P.O. Box 2345<br>Oakhurst, CA 93644-2345 |
| Xerox Corporation<br>P.O. Box 650361<br>Dallas, TX 75265-0361 | Kristopher Aungst Esq.<br> Tripp Scott, P.A.<br>110 SE 6th Street<br>15 Floor<br>Fort Lauderdale, FL 33301 | Michael Foster<br>Tripp Scott<br>110 S.E. Sixth Street<br>Suite 1500<br>Fort Lauderdale, FL 33301-5039 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Unit<br>7850 S.W. 6th Court<br>Plantation, FL 33324 | Pacific Power<br>P.O. Box 26000<br>Portland, OR 97256-0001 | State of Washington<br>P.O. Box 44000<br>Olympia, WA 98504 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Nielsen Audio, Inc. fka Arbitron, Inc.<br>P.O. Box 3228<br>Carol Stream, IL 60132-3228 | (u)Western Land & Cattle<br>Linda North-Spaulding<br>P.O. Box 351 |

End of Label Matrix
Mailable recipients    149
Bypassed recipients      3
Total                  152